BRISTOL–MYERS SQUIBB
COMPANY, Plaintiff–
Appellant,

v.

PAR PHARMACEUTICALS, INC.,
Defendant–Appellee.

No. 01–1246.

United States Court of Appeals,
Federal Circuit.

DECIDED: July 16, 2001.

Before LOURIE, RADER, and
GAJARSA, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and
considered, it is ORDERED and AD-
JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

Marilyn GAINEY, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 00–3391.

United States Court of Appeals,
Federal Circuit.

DECIDED: July 16, 2001.

Before MICHEL, RADER and LINN,
Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and
considered, it is ORDERED and AD-
JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.